UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. 2:25-cv-09343-CV (SSCx) | Date September 30, 2025 |
| Title *Marin v. Noem, et al.* | |

Present: The Honorable   Cynthia Valenzuela, United States District Judge

| Jessica Cortes | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER RE: BRIEFING RE: EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE [2]**

Having reviewed Petitioner's Ex Parte Application for Temporary Restraining Order and Order to Show Cause (Doc. # 2, "Application"), IT IS ORDERED THAT:

1. Respondents shall file their opposition to the Application no later than **October 2, 2025**.

2. Petitioners shall file a reply no later than **October 3, 2025.**

3. Unless the Court orders otherwise, Petitioner's Application will be deemed submitted without oral argument, on either (a) the day the opposition is filed, or due and not filed; or (b) the day any reply to the opposition is filed, or due and not filed. The Court may order further briefing or other proceedings, at any time, as appropriate.

4. Petitioners' counsel shall forthwith provide notice of this Order to Respondents and file a proof of service no later than **October 1, 2025**.

IT IS SO ORDERED.